

# United States District Court
## Northern District of Texas
### Dallas Division

July 17, 2025

Gregory Damm
#24016111
Dallas County Jail - 2
PO Box 660334
Dallas, TX 75266-0334

*I'm Indigent and cannot afford to buy any stamped envelopes.*

3-25CV2146-S

Re: Your correspondence received in the U.S. District Clerk's Office on July 15, 2025
Case No./Style: 3:24-cv-02876-E-BK, Damm v. Sheriff of Dallas County et al

Employees of the court are prohibited from giving legal advice. The Clerk's Office received your objection to findings and recommendations on June 23, 2025. Please find enclosed a one-time courtesy copy of your docket sheet. Future copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page.

The Clerk's Office will serve notice of court orders and judgments by mail as required by the federal rule. If you wish to receive a stamped copy of the filed document, please provide a self-addressed stamped envelope with your filings. This will allow us to mail the copy promptly.

Sincerely,

Deputy Clerk - KM

---

*On July 25, 2025 I was found guilty and sentenced to 5 years. The Trial Judge admitted she received all 5 of my Pretrial (exhausted state remedies) Motions. She is the one who purposely refused to rule on them, knowing your court was reviewing my 2241 claims. During my Bench Trial, I re-clarified that it was under the IADA I was extradicted from Pollock-FCI to Dallas County Jail. But Louisiana & Mississippi didn't enact the IADA. So I drafted a Writ of Mandamus to the Fifth Court of Appeals At Dallas, because: (1.) the Trial Court Judge violated a ministerial duty ... I have no other adequate legal remedy; and (2.) under the relevant facts of law, ... "the act sought to be compelled is purely ministerial."*

*I want to refile these claims, because I just know that Judge, wanted to prevent your court from issuing an Injunction Order to the 203rd Court to release me because, I can prove the IADA wasn't applicable for BOP (P5800.15 Chapt. 602 Section E.) So I was kidnapped by Dallas County Sheriff and Asstn. D.A. from Louisiana's*

Po ??????

Please send me another § 2241/2254, now, since I was found guilty, so I can re-file, but modify and add to my new claims.

I'm also sending a letter to the Dallas U.S. Prosecutor's Office, seeking charges against Sheriff Marian Brown and John Cruezot, and Judge Raquel Jones. There shouldn't have been a conviction, but a dismissal of the indictment/with prejudice.    Thank You!  Pro se' Counsel

Gregory Dorrum #24016111

P.S. My Attorney in Tarrant County is Chelsi McLarty (817) 900-3235, in case I'm no longer here, because I'm waiting on the Sheriff to come get me right now, please send/re-send the 2241 to her Office, if its returned to you.
          Thank You! :)

